**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Dejuan Haywood Haggins,　　　　　　　　　　Civil No. 10-1002 (DWF/LIB)

　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　**ORDER ADOPTING REPORT
　　　　　　　　　　　　　　　　　　　AND RECOMMENDATION**

MN Commissioner of Corrections,
John King, Michelle Smith, Greg
Lindell, Jessica Symmes, Mary
McCombs, Peter Puffer, Terry
Jorgeson, Kent Grandlienard and
Tom Sholes,

　　　　　　　Defendants.

---

Dejuan Haywood Haggins, *Pro Se*, Plaintiff.

Jackson Evans, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Defendant.

---

　　This matter is before the Court upon Plaintiff Dejuan Haywood Haggins's ("Plaintiff") objections to Magistrate Judge Leo I. Brisbois's Report and Recommendation dated February 2, 2011, insofar as it recommends that Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction be denied.

　　The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and

precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Plaintiff Dejuan Haywood Haggins's objections (Doc. No. [49]) to Magistrate Judge Leo I. Brisbois's Report and Recommendation dated February 2, 2011, are **DENIED**.

2. Magistrate Judge Leo I. Brisbois's Report and Recommendation dated February 2, 2011 (Doc. No. [45]), is **ADOPTED**.

3. Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. No. [12]) is **DENIED**.

Dated: March 1, 2011        s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge