# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dejuan Haywood Haggins,

Civil No. 10-1002 (DWF/LIB)

       Plaintiff,

v.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

MN Commissioner of Corrections,
John King, Michelle Smith, Greg
Lindell, Jessica Symmes, Mary
McCombs, Peter Puffer, Terry
Jorgeson, Kent Grandlienard and
Tom Sholes,

       Defendants.

---

Dejuan Haywood Haggins, *Pro Se*, Plaintiff.

Jackson Evans, Assistant Attorney General, Minnesota Attorney General's Office,
counsel for Defendants.

---

Based upon the Report and Recommendation of United States Magistrate Judge

Leo I. Brisbois, and after an independent review of the files, records and proceedings in

the above-entitled matter,

     **IT IS HEREBY ORDERED** that:

     Defendant's Motion to Dismiss (Doc. No. [23]) is **DENIED**.

Dated: March 1, 2011       s/Donovan W. Frank
                    DONOVAN W. FRANK
                    United States District Judge